

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

February 7, 2024

**VIA ECF**
Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   ***Debra L. Brown v. Perry Johnson & Associates and Northwell Health, Inc.*, Case No. 2:24-cv-10037**
      **Letter Motion to Stay Action (First Request)**

Dear Judge Kovner:

This firm represents Defendant Northwell Health, Inc. ("Northwell") in the above captioned litigation. This action was initially filed in the Eastern District of Michigan, but has since been conditionally transferred to this court, pursuant to the Judicial Panel on Multidistrict Litigation's ("JPML") January 30, 2024 Transfer Order, which transferred litigation relating to data security incidents involving Perry Johnson & Associates, Inc. ("PJ&A") pending outside of this district to Your Honor for coordinated or consolidated proceedings, and the JPML's February 6, 2024 Conditional Transfer Order, which conditionally transferred eight "tag-along" actions, including this one. *See In re Perry Johnson & Associates Medical Transcription Data Security Breach Litig.*, Case MDL No. 3096, ECF No. 130 (January 30, 2024), ECF No. 137 (February 6, 2024).[1]

Northwell and PJ&A's responses to the Complaint are currently due on February 9, 2024. Defendants respectfully request that the Court stay Defendants' deadlines to respond to the Complaint pending the entry of a scheduling order for coordinated or consolidated proceedings by Your Honor.[2] Such a stay is necessary to allow this and the other transferred matters to proceed in an efficient and coordinated manner.

Plaintiff consents to this request. This is the first request to stay this deadline before this Court. The parties respectfully submit that there is good cause to stay the answer deadline and the requested stay is not for the purpose of delay.

---

[1] In its Conditional Transfer Order, the JPML ordered the transfer stayed for seven days, until February 13, 2024, and issued a briefing schedule for oppositions to the transfer. *See In re Perry Johnson & Associates Medical Transcription Data Security Breach Litig.*, Case MDL No. 3096, ECF No. 137 (February 6, 2024), ECF No. 138 (February 6, 2024). The parties do not anticipate any objections will be filed and so have filed this request with Your Honor.

[2] The parties recognize that Your Honor's Individual Practice Rule III.A requires that requests for an extension of time to answer pleadings be referred to the assigned Magistrate Judge, but note that to date no Magistrate Judge has been assigned to this case.

- 2 -

We appreciate the Court's consideration of our request.

Respectfully submitted,

*/s/ William L. Roberts*
William L. Roberts

cc:    All counsel (via ECF)